**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,           )<br>                                               )<br>        Plaintiff,                       )<br>                                               )<br>vs.                                          )<br>                                               )<br>Delbert Phillip John,               )<br>                                               )<br>        Defendant.                    )<br>_____) | CR-00-00525-01-PCT-JAT<br>CR-07-01245-01-PHX-JAT<br><br><br><br><br>**DETENTION  ORDER** |

A detention hearing and preliminary revocation hearing on Petitions on Supervised Release were held on November 22, 2010.

**THE COURT FINDS** that the Defendant has knowingly, intelligently, and voluntarily waived his right to a detention hearing and a preliminary revocation hearing and has consented to the issue of detention being made based upon the allegations in the Petition.

**THE COURT FURTHER FINDS** that the Defendant has failed to sustain his burden of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that he is neither a flight risk nor a danger to the community. *United States v. Loya*, 23 F.3d 1529 (9th Cir. 1994).

//

//

//

1 **IT IS ORDERED** that the Defendant shall be detained pending further order of the
2 court.
3     DATED this 22nd day of November, 2010.

*Lawrence O. Anderson*
Lawrence O. Anderson
United States Magistrate Judge